UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CASE NO. 3:98-00123 |
| | ) | JUDGE KEVN H. SHARP |
| HENRY WILLIAM PITTS | ) | |

**O R D E R**

Pending before the Court is a Petition to Set Revocation Hearing (Docket No. 35).

The petition is GRANTED and the Court will hold a hearing on this matter on Thursday, May 30, 2013, at 2:30 p.m..

IT IS SO ORDERED.

*[signature]*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE