# United States District Court

_____ MIDDLE _____     District of     _____ TENNESSEE _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>HENRY WILLIAM PITTS | **JUDGMENT IN A CRIMINAL CASE**<br>**(\*REVOCATION OF SUPERVISED RELEASE\*)**<br><br>Case Number:     3:98-00123-01<br><br>USM Number:     15435-075<br><br>Mariah A. Wooten<br>Defendant's Attorney |

## THE DEFENDANT:

___X___ pleaded guilty to violating the following conditions of supervised release:

## The defendant is adjudicated guilty of these violations:

1. The Defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month. (At the May 30, 2013, supervised release violation hearing, Defendant was sentenced to time-served and was given specific instructions to contact the U.S. Probation Officer Burton Putnam by June 3, 2013. The Defendant failed to report that day as instructed, failed to submit a truthful and complete written report within the first five days of each month, and has not had any further contact with the probation office.)

The defendant is sentenced as provided in pages 2 through _____4_____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has been found not guilty on count(s) _____

_____ Count(s) _____ are dismissed on motion of the United States.

      It is ordered that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in economic circumstances.

January 24, 2014
Date of Imposition of Judgment

Signature of Judge

Kevin H. Sharp, U.S. District Judge
Name and Title of Judge

February 7, 2014
Date

DEFENDANT:            HENRY WILLIAM PITTS
CASE NUMBER:        3:98-00123-01

# IMPRISONMENT

**The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of four months.**

_____        The court makes the following recommendations to the Bureau of Prisons:

___X___        The defendant is remanded to the custody of the United States Marshal.

_____        The defendant shall surrender to the United States Marshal for this district:

   _____            at _____        _____ a.m.        _____ p.m.  on _____

   _____            as notified by the United States Marshal.

_____        The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   _____            before 2 p.m. on

   _____            as notified by the United States Marshal.

   _____            as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

      Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                        _____
                                                                    UNITED STATES MARSHAL


                                                        By _____
                                                                DEPUTY UNITED STATES MARSHAL

DEFENDANT:           HENRY WILLIAM PITTS
CASE NUMBER:         3:98-00123-01

## SUPERVISED RELEASE

**Upon release from imprisonment, the Defendant shall not be placed on any further term of supervised release**.